**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Henry Ekweani and Ijeamaka Ekweani, husband and wife,<br><br>    Plaintiffs,<br><br>vs.<br><br>Ameriprise Financial, Inc.,<br><br>    Defendant. | No. CV-08-01101-PHX-FJM<br><br>**ORDER** |

The court has before it plaintiff Henry Ekweani's motion requesting a transcript at the government's expense (doc. 158).

We granted plaintiff leave to appeal in forma pauperis (doc. 156) from our orders granting in part defendant Ameriprise Financial Inc.'s motion for summary judgment on February 8, 2010 (doc. 124), denying plaintiff's motion for reconsideration on February 26, 2010 (doc. 143), and granting defendant's motion in limine construed as one for summary judgment on March 3, 2010 (doc. 146), and from the final judgment entered on March 3, 2010 (doc. 147).

Plaintiff moves for a transcript of our final pretrial conference paid for by the United States. A person permitted to appeal in forma pauperis may receive transcripts at the government's expense "if the trial judge or a circuit judge certifies that the appeal is not

frivolous (but presents a substantial question)." 28 U.S.C. § 753(f). Because he fails to show why his appeal raises a substantial question and how a transcript of the final pretrial conference is "necessary" within the meaning of Rule 10(b)(1)(A), Fed. R. App. P., and § 753(f), **IT IS ORDERED DENYING** plaintiff's motion requesting a transcript at the government's expense (doc. 158).

DATED this 16th day of April, 2010.

_____
Frederick J. Martone
United States District Judge